# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02242-AP

REX E. WILLITTS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

---

Joint Case Management Plan

---

## 1. APPEARANCES OF COUNSEL

| For Plaintiff: | For Defendant: |
|---|---|
| Michael S. Krieger | Daniel E. Burrows |
| 165 S Union Blvd #555 | Special Assistant U.S. Attorney |
| Lakewood, CO 80228 | Social Security Administration |
| (303) 781-5559 | 1001 17th St |
| m.krieger@comcast.net | Denver, CO 80202 |
|  | (303) 844-7356 |
|  | daniel.burrows@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

This Court has jurisdiction based on Social Security Act § 205(g), 42 U.S.C. § 405(g) (2006).

## 3. DATES OF FILING RELEVANT PLEADINGS

  A. <u>Date Complaint Was Filed</u>: August 23, 2012 (initial complaint); August 30, 2012 (amended complaint)

  B. <u>Date Complaint Was Served on U.S. Attorney's Office</u>: September 27, 2012

  C. <u>Date Answer and Administrative Record Were Filed</u>: November 26, 2012

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

To the best of their knowledge, the parties believe the administrative record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties do not believe this case raises any unusual claims or defenses.

## 7. OTHER MATTERS

This case is *not* on appeal from a decision issued on remand. The parties have no other matters to bring to the attention of the Court.

## 8. BRIEFING SCHEDULE

  A. <u>Plaintiff's Opening Brief Due</u>: February 18, 2013

  B. <u>Defendant's Response Brief Due</u>: March 20, 2013

  C. <u>Plaintiff's Reply Brief (If Any) Due</u>: April 3, 2013

This is adjusted from the ordinary briefing schedule in Social Security cases because Plaintiff's attorney has some unusually difficult and complicated briefing due in another case around the time of the ordinary deadlines.

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

    A.   Plaintiff's Statement: Plaintiff does not request oral argument.

    B.   Defendant's Statement: Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

The parties do not consent to the exercise of jurisdiction by a magistrate judge.

**11.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

Parties filing motions for extensions of time or continuances must comply with D.C.COLO.LCivR 6.1(E) by submitting proof that a copy of the motion has been served upon the *moving attorney's client*, all attorneys of record, and all pro se parties.

The parties agree that the joint case management plan may be altered or amended only upon a showing of *good cause*.

DATED this 17th day of December, 2012.

                          BY THE COURT:

                          *s/John L. Kane*_____
                          U.S. DISTRICT COURT JUDGE

APPROVED:

|  |  |
|---|---|
| | JOHN F. WALSH |
| | United States Attorney |
| s/ *Daniel E. Burrows* FOR | J. BENEDICT GARCÍA |
| MICHAEL S. KRIEGER | Assistant United States Attorney |
| 165 S Union Blvd #555 | |
| Lakewood, CO 80228 | |
| (303) 781-5559 | |
| m.krieger@comcast.net | s/ *Daniel E. Burrows* |
| Attorney for Plaintiff | DANIEL E. BURROWS |
| | Special Assistant U.S. Attorney |
| (SIGNED PER ELECTRONIC | Social Security Administration |
| AUTHORIZATION) | Office of the General Counsel |
| | 1001 17th St |
| | Denver, CO 80202 |
| | (303) 844-7356 |
| | daniel.burrows@ssa.gov |
| | |
| | Attorneys for Defendant |

# CERTIFICATE OF SERVICE

  I hereby certify that on December 17, 2012, I electronically filed the foregoing Joint Case Management Plan with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

  m.krieger@comcast.net
  j.b.garcia@usdoj.gov

          s/ *Daniel E. Burrows*
          Office of the General Counsel
          Social Security Administration