# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02242-AP

REX E. WILLITTS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

---

Joint Case Management Plan

---

## 1. APPEARANCES OF COUNSEL

For Plaintiff:

Michael S. Krieger
165 S Union Blvd #555
Lakewood, CO 80228
(303) 781-5559
m.krieger@comcast.net

For Defendant:

Daniel E. Burrows
Special Assistant U.S. Attorney
Social Security Administration
1001 17th St
Denver, CO 80202
(303) 844-7356
daniel.burrows@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

    This Court has jurisdiction based on Social Security Act § 205(g), 42 U.S.C. § 405(g) (2006).

## 3. DATES OF FILING RELEVANT PLEADINGS

  A. <u>Date Complaint Was Filed</u>: August 23, 2012 (initial complaint); August 30, 2012 (amended complaint)

  B. <u>Date Complaint Was Served on U.S. Attorney's Office</u>: September 27, 2012

  C. <u>Date Answer and Administrative Record Were Filed</u>: November 26, 2012

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties believe the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe this case raises any unusual claims or defenses.

**7. OTHER MATTERS**

This case is *not* on appeal from a decision issued on remand. The parties have no other matters to bring to the attention of the Court.

**8. BRIEFING SCHEDULE**

  A. <u>Plaintiff's Opening Brief Due</u>: February 18, 2013

  B. <u>Defendant's Response Brief Due</u>: March 20, 2013

  C. <u>Plaintiff's Reply Brief (If Any) Due</u>: April 3, 2013

This is adjusted from the ordinary briefing schedule in Social Security cases because Plaintiff's attorney has some unusually difficult and complicated briefing due in another case around the time of the ordinary deadlines.

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    A.    <u>Plaintiff's Statement</u>: Plaintiff does not request oral argument.

    B.    <u>Defendant's Statement</u>: Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

The parties do not consent to the exercise of jurisdiction by a magistrate judge.

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

Parties filing motions for extensions of time or continuances must comply with D.C.COLO.LCivR 6.1(E) by submitting proof that a copy of the motion has been served upon the *moving attorney's client*, all attorneys of record, and all pro se parties.

The parties agree that the joint case management plan may be altered or amended only upon a showing of *good cause*.

DATED this 17th day of December, 2012.

                              BY THE COURT:

                              *s/John L. Kane*
                              U.S. DISTRICT COURT JUDGE

APPROVED:

                          JOHN F. WALSH
                          United States Attorney

s/ *Daniel E. Burrows* FOR          J. BENEDICT GARCÍA
MICHAEL S. KRIEGER                  Assistant United States Attorney
165 S Union Blvd #555
Lakewood, CO 80228
(303) 781-5559
m.krieger@comcast.net               s/ *Daniel E. Burrows*
Attorney for Plaintiff              DANIEL E. BURROWS
                          Special Assistant U.S. Attorney
(SIGNED PER ELECTRONIC              Social Security Administration
AUTHORIZATION)                      Office of the General Counsel
                          1001 17th St
                          Denver, CO 80202
                          (303) 844-7356
                          daniel.burrows@ssa.gov

                          Attorneys for Defendant

## CERTIFICATE OF SERVICE

     I hereby certify that on December 17, 2012, I electronically filed the foregoing Joint Case Management Plan with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    m.krieger@comcast.net
    j.b.garcia@usdoj.gov

                                        s/ *Daniel E. Burrows*
                                        Office of the General Counsel
                                        Social Security Administration