**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 12-cv-2242-WJM

REX E. WILLITTS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING UNOPPOSED APPLICATION FOR AWARD OF ATTORNEY'S FEES AND COSTS UNDER EAJA**

---

This matter is before the Court on Plaintiff's Unopposed Amended Application for Award of Attorney Fees and Costs Under EAJA, filed January 10, 2014 (ECF No, 32). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Unopposed Application is GRANTED. The Plaintiff is awarded $4,750.00 in attorney's fees and $350 in court costs. Such payment shall be made to Rex E. Willits and mailed to the office of Plaintiff's counsel.

Dated this 13th day of January, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge