**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-2242-WJM

REX E. WILLITTS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant,

and

MICHAEL S. KRIEGER OF MICHAEL S. KRIEGER, LLC,

    Petitioner

---

**ORDER GRANTING UNOPPOSED AMENDED MOTION FOR AUTHORIZATION OF ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)(1)**

---

This matter is before the Court on Petitioner's Unopposed Motion for Authorization of Attorney Fees, filed July 8, 2015 (ECF No, 37).  The Court having reviewed the Amended Motion and being fully advised hereby ORDERS as follows:

The Petitioner's Unopposed Amended Motion is GRANTED.  Pursuant to 42 U.S.C. § 406(b)(1) the Court awards attorney's fees in the amount of $13,416.00.  Attorney Michael Krieger is permitted to withdraw from his COLTAF Trust account $13,416 as his attorney's fees in this matter.

IT IS FURTHER ORDERED that the $4,750 currently held in Attorney Krieger's COLTAF account shall be paid to Plaintiff, Rex Willits.

Dated this 15th day of July, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge

2